663 A.2d 636

IN THE MATTER OF PHILIP M. SAGINARIO,
AN ATTORNEY AT LAW.

September 11, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on July 31, 1995, recommending that **PHILIP M. SAGINARIO** of **HALEDON,** who was admitted to the bar of this State in 1968, be suspended from the practice of law for a period of three months for violation of *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **PHILIP M. SAGINARIO** is hereby suspended from practice for a period of three months, effective September 30, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.